# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-5112 ODW (MRW) | Date | January 9, 2020 |
|---|---|---|---|
| Title | Clarke v. City of Atascadero | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys for Plaintiff/Petitioner: | | Attorneys for Defendant/Respondent: |
| n/a | | n/a |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

1. The Court previously issued an order regarding the Marshals Service's inability to serve the complaint in this action. (Docket # 11.) The Court ordered Plaintiff to submit additional information to allow for service of process on the named defendants.

2. Plaintiff's statement was due by December 6. To date, however, the Court has not received any additional information from Plaintiff. As a result, the Court has real doubt about Plaintiff's ability, willingness, or interest in continuing with this lawsuit.

3. As an accommodation to an unrepresented litigant and in the interests of justice, the Court will give Plaintiff one final opportunity to respond to the previous order. Plaintiff is ordered to file his response to that order <u>and</u> an explanation of his delay in complying with the Court's order. That submission will be due by January 31.

**Failure to comply with this order will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b). <u>Applied Underwriters, Inc. v. Lichtenegger</u>, 913 F.3d 884 (9th Cir. 2019).**